In the Matter of NANCY V. HOYT, an Attorney, Resignor. [672 NYS2d 275] —Resignation accepted and name removed from

roll of attorneys (*see, Matter of Manown*, 240 AD2d 83). Present—Green, J. P., Pine, Lawton, Hayes and Wisner, JJ. (Filed Mar. 16, 1998.)